THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS BUCHALTER, EMANUEL WEISS and LOUIS CAPONE, Appellants.

Argued March 2, 1943; decided June 18, 1943.

*Thomas Cradock Hughes, Acting District Attorney (Solomon A. Klein* and *Henry J. Walsh* of counsel), for motion.

*I. Maurice Wormser* and *J. Bertram Wegman* for Louis Buchalter, defendant-appellant.

*John Schulman* for Emanuel Weiss, defendant-appellant.

*Benjamin J. Jacobson* for Louis Capone, defendant-appellant.

Motion granted and wardens or other officers having custody of defendants directed to produce them before the Court of Appeals at the Court of Appeals Hall in the City of Albany, New York, on the twentieth day of July [1943] at nine o'clock in the forenoon of that day; that they may be dealt with according to the provisions of the Code of Criminal Procedure of the State of New York.